United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDY ALEXANDER GARCIA GARCIA, *a/k/a Freddy Alexander Garcia-Garcia* A# 209-886-573 | § | CIVIL ACTION NO. 4:25-cv-06084 |
| Petitioner, | § | |
| v. | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

On December 31, 2025, the Court entered a Temporary Restraining Order ordering, among other things, the petitioner's immediate release from custody. (Dkt. No. 13). On January 13, 2026, after holding a hearing, the court entered an order granting a preliminary injunction. (Dkt. No. 20).

**Within seven (7) days of the date of this Order, counsel for the petitioner is ORDERED to file a status report with the Court detailing what further relief, if any, the petitioner seeks from the Court or whether this matter can be dismissed without prejudice as moot**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on February 6, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge